UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br><br>   Plaintiff,<br><br>   v.<br><br>TOP SECRET INFORMATION OF U.S. TRUST FUND,<br><br>   Defendant(s). | Case No. 23-cv-04212-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 6) |

Plaintiff, a former state prisoner currently living in San Rafael, California and a frequent litigant in this court, has filed a pro se complaint under 42 U.S.C. § 1983 against "Top Secret Information of U.S. Trust Fund." ECF No. 1 (Compl.) at 1. Besides naming a dubious defendant, plaintiff claims without any basis in fact or law that he is entitled to "pro per index influx ex parte prima facie," whatever that is, and to "$100,000,000" from a lost "Lotto ticket." Id. at 3. Plaintiff also seeks leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

Based solely on his affidavit of poverty, plaintiff's request to procced IFP (ECF No. 9) is GRANTED. But pursuant to 28 U.S.C. § 1915(e)(2), the IFP complaint is DISMISSED as "frivolous" and for "fail[ure] to state a claim on which relief may be granted." An unintelligible and largely incomprehensible complaint such as plaintiff's complaint here simply has no arguable basis in law. See Jackson v. Arizona, 885 F.2d 639, 641 (9th Cir. 1989) (incomprehensible claim may be dismissed as frivolous as it is without arguable basis in law).

The clerk is instructed to close the file and terminate any pending motion as moot.

**IT IS SO ORDERED**.

Dated: November 3, 2023

_____
CHARLES R. BREYER
United States District Judge